UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN C. BRAZIL,

                Plaintiff,                      19 **CIVIL** 7041 (RWL)

    -against-                          **JUDGMENT**

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated September 10, 2020, and pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion is DENIED, the Plaintiff's motion is GRANTED, and the case is REMANDED for further proceedings consistent with the opinion.

**Dated:** New York, New York
         October 6, 2020

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                        **BY:**

                                            **Deputy Clerk**